| A CERTIFIED TRUE COPY<br>ATTEST<br><br>By Denise Morgan-Stone on Apr 13, 2009<br><br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |
|---|---|---|

JUDGE SCHEINDLIN

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Mar 26, 2009

FILED
CLERK'S OFFICE

09 CIV 3739

FILED
APR 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION
 Redwood Center Ltd. Partnership v. Chevron Corp., et al.,
  C.D. California, C.A. No. 2:09-1332
 City of Pomona v. Chevron USA, Inc., et al.,
  N.D. California, C.A. No. 3:09-529 MEJ

MDL No. 1358

4/13/09

## CONDITIONAL TRANSFER ORDER (CTO-34)

On October 10, 2000, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 153 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is<br>pending at this time, the<br>stay is lifted.<br><br>**Apr 13, 2009**<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*[signature]*<br>Jeffery N. Lüthi<br>Clerk of the Panel |
|---|---|

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY *[signature]*
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212) 805-0646

J. Michael McMahon
Clerk
USDC NORTHERN DISTRICT OF CALIFORNIA

Date: 04/13/2009

In Re: MTBE

MDL 1358

Your Docket #
3:09-529 MEJ

S.D. OF N.Y.
09 CV 3739

RECEIVED
APR 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge SCHEINDLIN for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting a CERTIFIED COPY OF THE DOCKET SHEET. We will retrieve the documents using our Pacer system. Please note we DO NOT utilize the CM/ECF transfer function.

Sincerely,
J.Michael McMahon


By: PHYLLIS ADAMIK
MDL Unit
(212) 805-0646

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212) 805-0646



J. Michael McMahon
Clerk
USDC NORTHERN DISTRICT OF CALIFORNIA

Date: 04/15/2009

In Re: MTBE

MDL    1358

Your Docket #
3:09-529

S.D. OF N.Y.
09 CV 3739

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge SCHEINDLIN for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting a CERTIFIED COPY OF THE DOCKET SHEET. We will retrieve the documents using our Pacer system. Please note we DO NOT utilize the CM/ECF transfer function.

Sincerely,
J.Michael McMahon


By: PHYLLIS ADAMIK
MDL Unit
(212) 805-0646